IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID UPTON,

     Plaintiff,                     No. 2:10-cv-0658 KJN P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.              ORDER

_____/

     Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. On March 26, 2010, the undersigned ordered plaintiff to submit a completed application to proceed in forma pauperis. Plaintiff has not provided a completed application and instead submitted a notice stating why he could not comply with the court's order. However, this action is more properly brought in the Central District of California.

     The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

1

1  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

2        In this case, the defendants do not reside in this district.[1]  The claim arose in San

3  Bernardino County, which is in the Central District of California.  Therefore, plaintiff's claim

4  should have been filed in the United States District Court for the Central District of California.

5  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

6  correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

7  1974).

8        Accordingly, IT IS HEREBY ORDERED that:

9      1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

10      2. This matter is transferred to the United States District Court for the Central

11  District of California.

12  DATED: April 14, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

upto0658.21

---

[1] Plaintiff has named as defendants the governor of California and the Secretary of CDCR, however, these are nominal defendants in this action.